STATE OF CONNECTICUT *v.* BILLY G. HUNT

*Gerald E. Bodell,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided December 4, 2002

ALLISON CARUSILLO ET AL. *v.* ASSOCIATED WOMEN'S HEALTH SPECIALISTS, P.C.

*Lorinda S. Coon,* in support of the petition.

*William F. Gallagher* and *Roger B. Calistro,* in opposition.

Decided December 4, 2002

UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISION *v.* COMMISSION ON HUMAN RIGHTS AND OPPORTUNITIES ET AL.